**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| EX. REL. DOUGLAS E. HUMPHREY, | : | No. 116 MM 2016 |
| Petitioner | : | |
| v. | : | |
| SUPERINTENDENT JAY LANE, SCI FAYETTE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Petition for Extraordinary Relief is **DENIED**.